UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:07CR-25-S

LUCIANA DENISE MEADOWEAL     DEFENDANT

## MEMORANDUM OPINION AND ORDER

Luciana Denise Meadoweal moves again to revoke the detention order entered on June 6, 2006.

Upon review, the court determines that a hearing is not necessary.

Ms. Meadoweal presents no new or additional factors to overcome the presumption. In fact, the only change in the case against her since detention was last considered is a second superseding indictment which places additional charges against Ms. Meadoweal.

Upon reconsideration, the court finds that its previous order denying revocation of the detention order should be upheld at this time.

Accordingly, Luciana Denise Meadoweal's motion to revoke may be and the same is hereby **DENIED**.

**IT IS SO ORDERED** this

cc:     Counsel of Record
         U.S. Marshal
         U.S. Probation